```
 1   Shanny J. Lee, Calif. Bar No. 213599
     LAW OFFICES OF HARRY J. BINDER
 2   AND CHARLES E. BINDER, P.C.
 3   60 East 42nd Street Suite 520
     New York, NY 10165
 4   Phone (212) 677-6801
 5   Fax   (646) 273-2196
     Email: fedcourt@binderlawfirm.com
 6
 7   Attorneys for Plaintiff John White III
 8
 9
                   UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
12
13   JOHN WHITE III,            ) No.: 2:14-cv-06858-GJS
                                )
14        Plaintiff,            ) [PROPOSED] ORDER AWARDING
                                ) ATTORNEY FEES UNDER THE
15        v.                    ) EQUAL ACCESS TO JUSTICE
16                              ) ACT, PURSUANT TO 28 U.S.C.
     CAROLYN W. COLVIN,         ) § 2412(d), AND COSTS, PURSUANT
17   Acting Commissioner of Social ) TO 28 U.S.C. § 1920
18   Security,                  )
                                )
19        Defendant.            )
20
21
          Based upon the parties' Stipulation for the Award and Payment of Equal
22
     Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
23
     be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND
24
     FIVE HUNDRED SIXTY-ONE DOLLARS AND FORTY-FOUR CENTS
25
     ($4,561.44), and costs under 28 U.S.C. § 1920, in the amount of FOUR
26
     HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced
27
     Stipulation, to include the United States Department of the Treasury's Offset
28
```

1

Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: November 16, 2015

_____
GAIL J. STANDISH
United States Magistrate Judge